# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION NO. 3:20-CR-0102-S |
| § | |
| COREY DEMON CARAWAY (1) § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 65] and the Amended Petition for Person under Supervision [ECF No. 83] to the United States Magistrate Judge to conduct a hearing on the alleged violations contained within and to make findings and a recommendation for modification, revocation, or termination of Defendant Corey Demon Caraway's term of Supervised Release. *See* Order [ECF No. 80]. The Court has received the Report and Recommendation of the United States Magistrate Judge ("Recommendation") pursuant to its Order. *See* ECF No. 87. Defendant waived her right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation is correct.

It is, therefore, **ORDERED** that the Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of **eight months** with no additional term of Supervised Release to follow. The defendant shall self-surrender to the institution designated by the Bureau of Prisons before 2:00 p.m. on Wednesday, February 26, 2025.

**SO ORDERED.**

Signed February 6, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**